479

**CENTRAL STATIONS SIGNALS, Inc., Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 128, Docket 21105.

United States Court of Appeals
Second Circuit.

May 19, 1949.

Edwin Stephen Schweig, New York City, for petitioner.

Theron L. Caudle, Harry Marselli, Washington, D. C., for respondent.

Before L. HAND, Chief Judge, and SWAN and FRANK, Circuit Judges.

PER CURIAM.

Order affirmed upon opinion below, 10 Tax Court 1015.

**CLEANERS SPECIALTIES, Inc., Appellant, v. William M. CISSELL.**

No. 13924.

United States Court of Appeals
Eighth Circuit.

April 12, 1949.

Thomas E. Scofield, Kansas City, Mo., for appellant.

H. A. Toulmin, Jr., C. E. Crafts, Dayton, Ohio, and Charles E. Whittaker, Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court, 81 F.Supp. 71, dismissed, on motion of appellant.

**James William DICKEY, Appellant, v. UNITED STATES of America, Appellee.**

No. 12575.

United States Court of Appeals
Fifth Circuit.

May 30, 1949.

Wesley R. Asinof, Atlanta, Ga., for appellant.

J. Ellis Mundy, U. S. Atty., and Lamar N. Smith, and F. Douglas King, Asst. U. S. Attys., Atlanta, Ga., for appellee.

Before SIBLEY, HOLMES, and McCORD, Circuit Judges.

PER CURIAM.

The evidence, circumstantial and direct, authorized the jury to conclude that the package which contained what proved on analysis to be heroin hydrochloride was the same as that found in the coat pocket of appellant, and that he knowingly concealed and transported it.

Affirmed.

**Jack PRINCIPALE, Appellant, v. GENERAL PUBLIC UTILITIES CORPORATION, Appellee.**

No. 222, Docket 21256.

United States Court of Appeals
Second Circuit.

April 27, 1949.

480

Jack Principale, pro se.

E. Robert Willcox, New York City, for appellee.

Before L. HAND, Chief Judge, and SWAN and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order affirmed on opinion below.[1]

UNITED STATES of America, ex rel. John J. HOLLY, Appellant, v. COMMONWEALTH OF PENNSYLVANIA.

No. 9892.

United States Court of Appeals
Third Circuit.

Submitted on Appellant's Brief April 8, 1949.

Decided April 14, 1949.

John J. Holly, pro se.

T. McKean Chidsey, Attorney General of Pennsylvania, Fred L. Brothers, District Attorney of Fayette County, Uniontown, Pa. for appellee (no brief was filed in this court by above and they took no action on the appeal).

Before MARIS, GOODRICH, and KALODNER, Circuit Judges.

PER CURIAM.

The appellant, who is incarcerated in the Western State Penitentiary of Pennsylvania pursuant to the judgment of a Pennsylvania State court, petitioned the United States District Court for the Western District of Pennsylvania for a writ of habeas corpus. In an exhaustive opinion the district court considered on their merits the many contentions made by the appellant and reached the conclusion that none of them justified the issuance of the writ. The court accordingly denied the petition. We have carefully examined the record and are satisfied that the action of the district court was correct for the reasons set out at length in the opinion filed by Judge Gourley. It, therefore, becomes unnecessary for us to determine whether the appellant has exhausted the remedies available to him in the courts of Pennsylvania within the meaning of Section 2254 of Title 28 U.S.C.A.

Accordingly the order of the district court will be affirmed.

William H. DAVIS, Appellant, v. W. H. HIATT, Warden, United States Penitentiary, Atlanta, Ga., Appellee.

No. 12614.

United States Court of Appeals
Fifth Circuit.

May 9, 1949.

No appearance entered for appellant.

J. Ellis Mundy, U. S. Attorney, Harvey H. Tisinger, Asst. U. S. Attorney, Atlanta, Ga., for appellee.

Before HOLMES, McCORD, and WALLER, Circuit Judges.

PER CURIAM.

The judgment of the lower Court must be affirmed because of the failure of the petitioner to comply with Sec. 2255, Title 28 U.S.C.A.[2] Moreover, we find no reversible error in the case otherwise.

Judgment is affirmed.

---

[1] No opinion for publication. See 71 F. Supp. 538.

[2] See opinion of this Court in Martin v. Hiatt, Warden, 174 F.2d 350.